UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States,

    -against-

Amanda Coppolla,

    Defendant.

------------------------------------------------------x

ORDER

Docket No. 19 CR 00666 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Deveraux Cannick, Esq., is to assume representation of the defendant in the above captioned matter as of March 18, 2022. Mr. Cannick is appointed pursuant to the Criminal Justice Act. His address is Aiello & Cannick, 69-06 Grand Avenue, Maspeth, NY 11378, phone number (718) 426-0444; dlcannick@yahoo.com. Mr. Theodore Green is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 18, 2022