MEMO ENDORSED



# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

August 4, 2022

**VIA ECF**
Honorable Judge Kenneth M. Karas
United States Courthouse
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

        Re:    **United States v. Amanda Coppolla**
                **Docket No.:** 7:19-cr-00666-KMK

Dear Judge Karas:

    I represent Ms. Amanda Coppolla as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I respectfully request that the Court permit defense counsel to file interim vouchers.

    Granted.

    So Ordered.
    /s/ *[signature]*
    8/4/22

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw