UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                          **MEMORANDUM**

      -against-                                        19 Cr. 666 (KMK)

AMANDA COPPOLLA,

                        Defendant.
-------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

       Please find attached a transcript of the October 26, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 30, 2022
       White Plains, New York

                                                    Respectfully Submitted,

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge