

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

Of Counsel
John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

January 10, 2023

**VIA ECF**

Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   **United States v. Amanda Coppolla**
           **Case No.: 19-cr-00666-KMK**

Dear Judge Karas:

    Amanda Coppolla is scheduled to be sentenced before Your Honor on January 17th, 2023 at 10:00 a.m.

    I am still waiting for some additional information/documents and write to respectfully request an adjournment of her sentence until January 31st, 2023 if convenient to the Court.

    Thank you in advance for your consideration.

                        Respectfully submitted,

                        */s/ Deveraux L. Cannick*
                        Deveraux L. Cannick

DLC/mw
cc:   Christopher Brumwell, Christopher.Brumwell@usdoj.gov

*Granted. The sentence will go forward on 2/21/23 at 11:30 AM.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/11/23