

# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

Of Counsel
    John S. Esposito
    Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

January 23, 2023

**VIA ECF**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>United States v. Amanda Coppolla</u>
           Case No.: 19-cr-00666-KMK

Dear Judge Karas:

    Amanda Coppolla is scheduled to be sentenced before Your Honor on February 21st, 2023 at 11:30 a.m.

    Unfortunately, I did not realize that I would be on vacation at that time. Please know that I am available February 28th or March 3rd, 2023 if convenient to the Court.

    Please know that AUSA Brumwell consents to our request.

    I apologize for this inconvenience.

                                          Respectfully submitted,

                                          */s/ Deveraux L. Cannick*

                                          Deveraux L. Cannick

DLC/mw
cc:    Christopher Brumwell, Christopher.Brumwell@usdoj.gov

*[Handwritten endorsement:]* The Court is Available for sentence on 3/9/2023 at 2:00 p.m. SO ORDERED /s/ KMK

KENNETH M. KARAS U.S.D.J.
1/24/2023

*[Stamp: MEMO ENDORSED]*